JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BRODEUR, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota Corporation; TRENTON DOE (last name unknown), an individual; CHRISTINE DOE (last name unknown), an individual; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 8:20-cv-01752 DOC (ADSx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR REMAND** [12] [14] <br><br> District Judge: David O. Carter <br> Courtroom 9 D <br><br> Magistrate Judge: Autumn D. Spaeth <br> Courtroom 6B <br><br> Complaint Filed: June 16, 2020 Trial: Not Set |

On October 23, 2020, the Parties to the above-referenced action filed a stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

///

///

2. Central District of California case number 8:20-cv-01752-DOC(ADSx) *MICHAEL BRODEUR v. TARGET CORPORATION et al.* is hereby remanded to Superior Court of California County of Orange. Docket entry 12 is MOOT. This case is now closed.

IT IS SO ORDERED.

Dated: October 26, 2020

*/s/ David O. Carter*
_____
HON. DAVID O. CARTER